782 November 13, 2025 No. 979

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of

Danika C. NAMBA,
*Petitioner-Respondent,*
*and*

Jonathan G. MERISON,
*Respondent-Appellant.*

Clackamas County Circuit Court
15DR04544; A185476

Thanh H. Tran, Judge.

Submitted October 15, 2025.

Jonathan Glen Merison filed the brief *pro se.*

No appearance by respondent.

Before Ortega, Presiding Judge, Joyce, Judge, and
Hellman, Judge.

JOYCE, J.

Affirmed.

**JOYCE, J.**

Father, appearing *pro se*, appeals from a supplemental judgment modifying parenting time by requiring both parents to complete a parenting class and imposing supervised visits with father for a period of time and then moving to unsupervised visits once father completed the parenting class.

While father's brief identifies several disputes with how the trial court conducted the hearing,[1] including the admission of evidence, improper service, and the actions of opposing counsel, the brief and the underlying record do not establish that the trial court committed any procedural or legal error in entering the supplemental judgment. Because father has not identified any reversible error, we affirm.

Affirmed.

---

[1] We note that the trial court thoroughly and thoughtfully explained to father how the hearing would unfold and how father could participate, and it had equally thorough and thoughtful discussions with father about his motions, objections to witness testimony, and concerns about processes.